An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDIE MAY TATE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61722


**FILED**

MAY 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order revoking appellant Brandie Tate's participation in a diversion program and entering a judgment of conviction. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Tate argues that the district court abused its discretion by imposing a sentence of 12 to 36 months imprisonment because it did so based upon its erroneous belief that Tate had her children in the car when she was caught driving under the influence of marijuana and opioids. The record reflects that the district court revoked Tate's probation and imposed the sentence because she lied to the drug court. Because the record does not demonstrate that the district court relied *"solely* [upon] impalpable and highly suspect evidence,"* Denson v. State*, 112 Nev. 489, 492, 915 P.2d 284, 286 (1996), and the sentence falls within the parameters provided by the relevant statute, *see* NRS 484C.400(1)(c), we

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14366

conclude that the district court did not abuse its discretion at sentencing. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Steve L. Dobrescu, District Judge
     State Public Defender/Ely
     State Public Defender/Carson City
     Attorney General/Carson City
     White Pine County District Attorney
     White Pine County Clerk